### Jack Lee v. The State.

#### No. 6154. Decided March 23, 1921.

**Tick Eradication—Companion Case—Practice on Appeal.**

Where the questions of law involved in the instant case were raised in two companion cases, and were decided adversely to the appellant, they need not be again considered, and the judgment is affirmed. Following Walker v. State, recently decided.

Appeal from the County Court of Gregg. Tried below before the Honorable E. M. Bramlette.

Appeal from a conviction of a violation of the tick eradication law; penalty, a fine of $25.

The opinion states the case.

No brief on file for appellant.

*C. M. Cureton,* Attorney General, and *C. L. Stone,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Appellant was convicted for violating the tick quarantine law in failing to dip his cattle when directed so to do.

We find the facts practically identical with those shown in the case of W. B. Walker v. State, this day decided. And the same questions of law are raised in the two cases. Believing the Walker case to have been properly disposed of by affirmance, a discussion of the same questions here would be useless.

The judgment is affirmed.

*Affirmed.*